## 38th JUDICIAL DISTRICT COURT CAMERON PARISH

### STATE OF LOUISIANA

RECEIVED & FILED
2007 JUL 6 PM 12 09
CARL E. BROUSSARD
CLERK OF COURT
CAMERON PARISH, LA.

NO. _____   10-18038

### JOHN PRESTON STEPHENSON, JR.

### VS.

CHEVRON PIPELINE HOLDINGS, INC., CHEVRON CHEMICAL COMPANY LLC, CHEVRON U.S.A. INC., CHEVRON ENERGY SOLUTIONS L.P., CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, CHEVRON INDUSTRIES, INC., CHEVRON INTERNATIONAL OIL COMPANY, INC., CHEVRON MIDCONTINENT HOLDINGS COMPANY, CHEVRON MIDCONTINENT, L.P., CHEVRON PIPE LINE COMPANY, CHEVRON MIDCONTINENT OPERATIONS COMPANY, CHEVRON NATURAL GAS SERVICES, INC., CHEVRON PETROCHEMICAL PIPELINE LLC, CHEVRON PHILLIPS CHEMICAL HOLDINGS I LLC, CHEVRON PHILLIPS CHEMICAL PIPELINE COMPANY LLC, CHEVRON PHILLIPS CHEMICAL COMPANY LLC, CHEVRON OIL SERVICE COMPANY, CHEVRON U.S.A. HOLDINGS INC., THE DEPARTMENT OF ENVIRONMENTAL QUALITY, AND THE DEPARTMENT OF NATURAL RESOURCES

FILED: _____          _____
                                DEPUTY CLERK

### ORIGINAL PETITION FOR DAMAGES

John Preston Stephenson, Jr. ("Plaintiff") files this petition for damages against Defendants herein for damages and represents the following:

#### I. PLAINTIFFS

**1.**

Plaintiff, John Preston Stephenson, Jr., a person of full age and majority, domiciled in Cameron Parish, is the owner of property in Cameron Parish described more fully below.

#### II. DEFENDANTS

**1.**

Defendant Chevron Pipeline Holdings, Inc. f/k/a ChevronTexaco Pipeline Holdings, Inc. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Chevron Pipeline may be served through its registered agent, Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

**2.**

Defendant Chevron Chemical Company LLC as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Chevron Chemical may be served through its registered agent, Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.


EXHIBIT A

3.

Defendant Chevron U.S.A. Inc. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Chevron U.S.A. may be served through its registered agent, The Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

4.

Defendant Chevron Energy Solutions L.P. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, Corporation Service Company, 320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

5.

Defendant Chevron Environmental Management Company as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, Corporation Service Company, 320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

6.

Defendant Chevron Industries, Inc. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809.

7.

Defendant Chevron International Oil Company, Inc. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, The Prentice-Hall Corporation System, Inc., 701 South Peters, Street, Second Floor, New Orleans, LA 70130.

8.

Defendant Chevron Midcontinent Holdings Company as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, Corporation Service Company, 320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

9.

Defendant Chevron Midcontinent, L.P. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, Corporation Service Company, 320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

10.

Defendant Chevron Pipe Line Company as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, The Prentice-Hall Corporation System, Inc., 701 South Peters, Street, Second Floor, New Orleans, LA 70130.

11.

Defendant Chevron Midcontinent Operations Company as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, Corporation Service Company, 320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

12.

Defendant Chevron Natural Gas Services, Inc. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, The Prentice-Hall Corporation System, Inc., 701 South Peters, Street, Second Floor, New Orleans, LA 70130.

13.

Defendant Chevron Petrochemical Pipeline LLC as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, Corporation Service Company, 320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

14.

Defendant Chevron Phillips Chemical Holdings I LLC as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809.

**15.**

Defendant Chevron Phillips Chemical Pipeline Company LLC as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809.

**16.**

Defendant Chevron Phillips Chemical Company LLC as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809.

**17.**

Defendant Chevron Oil Service Company as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, The Prentice-Hall Corporation System, Inc., 701 South Peters, Street, Second Floor, New Orleans, LA 70130.

**18.**

Defendant Chevron U.S.A. Holdings Inc. as successor in interest to Texaco, Inc. is a foreign entity that does a substantial amount of business in Louisiana. Defendant may be served through its Registered Agent, Angie Wang, c/o Chevron Texaco, P.O. Box 6028, San Ramon, CA 94583-0728.

**19.**

Defendant state of Louisiana, through the Louisiana department of Environmental Quality ("DEQ").

**20.**

Defendant state of Louisiana, through the Louisiana Department of Natural Resources ("DNR").

### III. FACTS AND CLAIMS

**1.**

John Preston Stephenson, Jr. is the owner of property described as Section 14, Township 125 South, Range 5 West, Cameron Parish, Louisiana.

**2.**

-4-

Upon information and belief, Defendants operated wells, pipelines, storage facilities, separator facilities, and conducted oil and gas exploration and production activities on the Plaintiff's property at all relevant times.

3.

Plaintiff has recently discovered, within less than a year of filing this petition, that his property is contaminated with oilfield waste. This waste includes abandoned pipes and other equipment in addition to oily waste on the soil of their property and in the water on their property. Defendants, at all relevant times, operated wells and equipment on the property that produced waste including hazardous and toxic substances. Defendants disposed of and/or released these wastes onto the property and then failed to clean such up. Defendants abandoned the lease without removing waste, pipes, other equipment and debris on the property.

4.

Defendants knowingly, willfully, wantonly, and negligently caused Plaintiff's real and personal property to become contaminated by oil, grease, salt water, and other hazardous toxic and carcinogenic chemicals that originated from their operations on the leased property.

5.

Upon information and belief, Defendants abandoned and improperly closed an oil waste pit on the property.

6.

Upon information and belief, Defendants knowingly, willfully, wantonly, and negligently performed improper cleanups on the Plaintiff's property, thereby spreading and burying the existing contaminants and increasing the cost of any future cleanup of the property.

7.

Defendants are liable for damages caused to Plaintiff's property caused by the ruin or defect in the equipment or things that were in the custody or control of the Defendants pursuant to Louisiana Civil Code Art. 2317. Defendants improperly maintained equipment resulting in spills and leaks of oil and production wastes which contaminated the soil and water on the Plaintiff's property.

8.

Defendants failed to clean up the site or to maintain the site in a prudent and business-like manner. Defendants left abandoned pipelines, pits and other equipment on the site and left areas of the property contaminated with oilfield wastes.

9.

The conduct and activities of the Defendants on the property have constituted an unreasonable interference with the Plaintiff's lawful use of the land, constituting a private nuisance. Defendants deprived Plaintiff of full use and enjoyment of his property and is answerable for its damages pursuant to Louisiana Civil Code Art. 667 through 668.

10.

Defendants failed to warn Plaintiff that their disposal and discharge activities would be hazardous to human health and the environment. Defendants concealed the hazardous nature of the materials they allowed to enter into and onto the Plaintiff's land.

11.

The DNR and DEQ, through their agents and employees, were negligent in the following non-exclusive respects: (1) Failing to ensure compliance with the applicable rules and regulations with regard to the disposal of petroleum contaminated soil and exploration and production wastes; and (2) failing to ensure and/or monitor properly waste disposal procedures for solid and hazardous wastes generated on the Plaintiff's property.

12.

Plaintiff asserts that Defendants breached their lease contracts and acted in bad faith when disposing, burying, and hiding solid and hazardous wastes on the property pursuant to Louisiana Civil Code Art. 1997. Defendants are liable for all of the damages, foreseeable or not, that are a direct consequence of their failure to perform.

13.

Defendants' conduct in contaminating the property and failure to warn is a breach of the good faith requirement inherent in the lease and right-of-way agreements between Plaintiff's predecessors, and Defendants, to which Plaintiff is a third party beneficiary. Furthermore, by improperly disposing of solid and hazardous wastes on the property, Defendants used the property for purposes other than those intended by the lease agreement, and as such, they are liable for all

losses the Plaintiff sustained as a result. Defendants, as obligors in bad faith, are liable for all the damages, foreseeable or not, that are a direct consequence of its failure to perform.

14.

Defendants' storage, release, and disposal of oil, salt water production wastes, hazardous and toxic substances in a manner as to cause those substances to enter the soil and ground water without Plaintiff's consent constitutes a trespass on the Plaintiff's property by Defendants.

15.

As the holder of oil, gas, and mineral leases, Defendants are obligated to restore the surface of the property to its original condition at the earliest reasonable time. Defendants abandoned the lease and any reasonable time to restore the property has expired.

16.

Plaintiff seeks a judicial determination that the lease have terminated by their terms or due to abandonment and/or breach of the lease.

17.

As a result of the aforementioned acts and omissions of Defendants, Plaintiff has suffered damage to his property, mental distress, annoyance, inconvenience, diminution of the value of Plaintiff's property, and stigma damages. Furthermore, Defendants have been unjustly enriched by their unauthorized use of Plaintiff's land as a waste disposal site.

18.

Plaintiff is concerned that during the pendency of the litigation, Defendants will take actions on the Plaintiff's property that may cause further damage to the Plaintiff's property. Because the oil company Defendants abandoned the site and any leases that it had have expired or have been terminated, Defendants no longer have a right to enter onto the property. Any remediation activities, removal of equipment, soil or wastes on the property could cause the following damages:

1. Piecemeal remediation which increases the overall remediation oversight and monitoring costs;
2. Liability for improper handling of hazardous and solid wastes on the property;
3. Increase the residual amount of wastes on the property;

4.  Increase the cost of post-remediation surveys, as would be the case in the event wastes are land-farmed or buried on the property; and

5.  Hinder Plaintiff's ability to prove claims for damages against Defendant by causing the destruction or spoliation of evidence.

### 19.

Defendants are liable for punitive damages under Louisiana Civil Code Art. 2315.3 for wanton or reckless disregard for the public safety and the disposal, storage, handling and transportation of hazardous or toxic substances.

### 20.

Plaintiff represents that he is asserting no Federal claims in this complaint.

### 21.

Plaintiff's damages exceed the amount necessary for a jury and therefore Plaintiff hereby demands a jury.

## IV. PRAYER

WHEREFORE, Plaintiff prays for judgment in favor of Plaintiff and against Defendants in a sum to compensate Plaintiff for his damages, diminution of property value, loss of use of property, clean up costs, punitive and exemplary damages, unjust enrichment damages for the unauthorized use of Plaintiff's property, costs, attorneys' fees, plus interest from the judicial date of demand until paid, and all general and equitable reliefs that may be deemed just and proper.

Respectfully submitted,

*[signature]*

Jonathan Fontenot
Bar Roll # 25390
**LAW OFFICES OF JONATHAN FONTENOT**
101 Glouchester #6
Lafayette, LA 70506
337-802-5374 (Telephone)

Michael A. Josephson
State Bar No. 06952600
Kenneth Fibich
State Bar No. 24014780
**FIBICH, HAMPTON & LEEBRON, LLP**
1401 McKinney, Suite 1800
Houston, Texas 77010
713-751-0025 (Telephone)
713-751-0330 (Fax)

Kurt B. Arnold
Texas State Bar No. 24036150
Jason A. Itkin
State Bar No. 24032461
Micajah D. Boatright
State Bar No. 24036237
**ARNOLD & ITKIN LLP**
1401 McKinney Street. Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEYS FOR PLAINTIFFS**

PLEASE SERVE ALL DEFENDANTS AS FOLLOWS:

Chevron Pipeline Holdings, Inc.
Through its registered agent of service
Corporation Service Company
320 Somerulos Street, Baton Rouge, Louisiana 70802-6129

Chevron Chemical Company LLC
Through its registered agent of service
Corporation Service Company
320 Somerulos Street, Baton Rouge, Louisiana 70802-6129

Chevron U.S.A. Inc.
Through its registered agent of service
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street, Baton Rouge, Louisiana 70802-6129

Chevron Energy Solutions L.P.
Through its Registered Agent
Corporation Service Company
320 Somerulos St., Baton Rouge, Louisiana, 70802-6129

Chevron Environmental Management Company
Through its Registered Agent
Corporation Service Company
320 Somerulos St., Baton Rouge, Louisiana, 70802-6129

Chevron Industries, Inc.
Through its Registered Agent
CT Corporation System
8550 United Plaza Blvd., Baton Rouge, Louisiana 70809

Chevron International Oil Company, Inc
Through its Registered Agent
The Prentice-Hall Corporation System, Inc.
701 South Peters Street, Second Floor, New Orleans, LA 70130

Chevron Midcontinent Holdings Company
Through its Registered Agent
Corporation Service Company
320 Somerulos St., Baton Rouge, Louisiana, 70802-6129

Chevron Midcontinent, L.P.
Through its Registered Agent
Corporation Service Company
320 Somerulos St., Baton Rouge, Louisiana, 70802-6129

Chevron Pipe Line Company
Through its Registered Agent
The Prentice-Hall Corporation System, Inc.
701 South Peters Street, Second Floor, New Orleans, Louisiana 70130

Chevron Midcontinent Operations Company
Through its Registered Agent
Corporation Service Company
320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

Chevron Natural Gas Services, Inc.
Through its Registered Agent
The Prentice-Hall Corporation System, Inc.
701 South Peters Street, Second Floor, New Orleans, Louisiana 70130

Chevron Petrochemical Pipeline LLC
Through its Registered Agent
Corporation Service Company
320 Somerulos St., Baton Rouge, Louisiana, 70802-6129.

Chevron Phillips Chemical Holdings I LLC
Through its Registered Agent
CT Corporation System
8550 United Plaza Blvd., Baton Rouge, Louisiana 70809

Defendant Chevron Phillips Chemical Pipeline Company LLC
Through its Registered Agent
CT Corporation System
8550 United Plaza Blvd., Baton Rouge, Louisiana 70809

Chevron Phillips Chemical Company LLC
Through its Registered Agent
CT Corporation System
8550 United Plaza Blvd., Baton Rouge, LA 70809

Chevron Oil Service Company
Through its Registered Agent
The Prentice-Hall Corporation System, Inc.
701 South Peters Street, Second Floor, New Orleans, LA 70130

Chevron U.S.A. Holdings Inc.
Through its Registered Agent
Angie Wang, c/o Chevron Texaco
P.O. Box 6028, San Ramon, CA 94583-0728

Department of Environmental Quality
Office of the Secretary
602 North Fifth Street
Baton Rouge, LA 70802

Department of Natural Resources
Secretary of DNR
617 North Third Street
Baton Rouge, LA 70804

State of Louisiana, Department of Environmental Quality & Department of Natural Resources
Through the Attorney General for the state of Louisiana
1885 North Third Street
Baton Rouge, LA 70802