## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **JOHN P. STEPHENSON** | **CIVIL ACTION NO.:2:09-cv-01454** |
| **VERSUS** | **JUDGE MELANCON** |
| **CHEVRON U.S.A. INC., CHEVRON PIPE LINE COMPANY,AND BP AMERICA PRODUCTION COMPANY** | **MAGISTRATE JUDGE METHVIN** <br><br> **JURY TRIAL DEMANDED** |

### BP AMERICA PRODUCTION COMPANY'S CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, BP America Production Company, who, appearing solely for purposes of filing this Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 of the United States Court for the Western District of Louisiana, affirmatively states that BP America Production Company is wholly owned by BP Company North America Inc., which is wholly owned by BP Corporation North America Inc., which is wholly owned by BP America Inc., which is wholly owned by BP Holdings North America Limited, which is wholly owned by BP p.l.c., a publicly traded company.

RESPECTFULLY SUBMITTED BY:

   /s/ R. Benn Vincent, Jr.
James P. Doré (#5021) (jim.dore@keanmiller.com), T.A.
Pamela R. Mascari  (#25162) (pam.mascari@keanmiller.com)
R. Benn Vincent, Jr. (#28793) (benn.vincent@keanmiller.com)
Angela M. Leonard (#29314) (angela.leonard@keanmiller.com)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
Facsimile: (225) 388 9133

*Attorneys for BP America Production Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on the following counsel of record registered with the court's electronic filing system ("ECF") via ECF as well as via U.S. Mail, postage pre-paid to the following counsel of record:

| | |
|---|---|
| Jonathan Fontenot<br>LAW OFFICES OF JONATHAN FONTENOT<br>1821 North Tallowwood<br>Lake Charles, LA  70605 | Kurt B. Arnold<br>Jason A. Itkin<br>ARNOLD & ITKIN, LLP<br>1401 McKinney Street, Suite 2550<br>Houston, TX 77010 |
| Michael A. Josephson<br>Kenneth Fibich<br>FIBICH, HAMPTON &<br>LEEBRON L.L.P.<br>1401 McKinney, Suite 1800<br>Houston, Texas 77010 | Leonard L. Kilgore, III<br>Laura L. Hart<br>KEAN, MILLER,<br>HAWTHORNE, D'ARMOND,<br>MCCOWAN &JARMAN, L.L.P.<br>P.O. Box 3513<br>Baton Rouge, Louisiana  70821 |

Baton Rouge, Louisiana this 2nd day of September, 2009.

/s/ R. Benn Vincent, Jr.