EXHIBIT A

STATE OF LOUISIANA, }    CLERK'S FORM
PARISH OF CAMERON    Know All Men By These Presents:

THAT JESSE E PARISH, JR #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, and MARGIE M PARISH, SS #435-44-33__ husband and wife, whose mailing address is 10431 Hwy 384 Big Lake, Lake Charles, Louisiana 70607

_____ of the Parish of Cameron, State of Louisiana, for and in consideration of the sum of Three thousand five hundred and no/100 ($3,500.00)----------------- DOLLARS

to ____them____ in hand paid by JOHN P STEPHENSON, JR, SS #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, husband of Rhonda Stephenson, born Drummond, whose mailing address is 10871 Hwy 384 Big Lake, Lake Charles, LA 70607

have GRANTED, SOLD and CONVEYED, and by these presents do GRANT, SELL, and CONVEY, with full subrogation to all of ____their____ rights and actions of warranty against all former owners and vendors unto the said JOHN P STEPHENSON, JR, and Rhonda B. Stephenson, appearing to acknowledge the purchase to be his separate and paraphernal property

of the Parish of Cameron, and State of Louisiana, all that certain lot or parcel of land situated in the Parish of Cameron, Louisiana, to-wit: an undivided 1/4 of 1/6 interest in East portion of Lots 1,2,3, and 4 of Sec. 9, Township 12 South, Range 9 West, as determined by a line running Northwest and Southeast parallel with the east line of said Lots 1,2,3 and 4 so as to aggregate 176 acres, less prorated reduction or account of erosion of lake bank and roadway.

Vendors reserve unto themselves all mineral rights pertaining to the above described property for 10 years.

And ___they___, the said vendor_s_, do declare on oath that when ___they___ acquired title to the herein described property ___they were___ married but once and then to ___each other___ with whom ___they are___ now living, and there being no change in the community existing under the law.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any wise belonging to the said purchaser___ and to ___him___ heirs and assigns forever; and ___they___ do ___ hereby bind ___themselves, their___ heirs, executors and administrators, to WARRANT AND FOREVER DEFEND, all and singular, the said premises unto the said _____ JOHN P STEPHENSON, JR, his heirs and assigns, against any person whomsoever lawfully claiming or to claim the same or any part thereof.

Witness ___their___ hands at ___Big Lake, Cameron Parish___, Louisiana, in the presence of ___Eloythen LeBlue___ and ___Betty LeBleu___ lawful witnesses, on this ___20th___ day of ___July___, Anno Domini One Thousand Nine Hundred and ___Ninety-eight___ (19_98_).

ATTEST:

Eloythen B Blue       Jesse E. Parish, Jr.
Betty LeBleu       Margie M. Parish
      John P. Stephenson, Jr.
      Rhonda D. Stephenson

STATE OF LOUISIANA }
PARISH OF Cameron }

BEFORE ME, Elray LeBleu, a Notary Public, in and for said Parish and State, this day personally appeared Jesse E. Parish, Jr. & Margie N. Parish

to me personally known to be the identical person s whose names are subscribed to the foregoing instrument and acknowledged to me in the presence of Eloythea LeBlue and Betty LeBleu, witnesses, that they executed the same on the date hereof, and that it was their own free and voluntary act for the uses and purposes therein expressed.

Witness my official signature and seal at Big Lake, Cameron Parish, Louisiana, on this 28th day of July A.D. 19 98

WITNESSES:

Eloythea LeBlue

Betty deBleu

Jesse E. Parish, Jr.

Margie N. Parish
Margie N. Parish

Elray LeBleu
Notary Public



| STATE OF LOUISIANA, | CLERK'S FORM |
|---|---|
| PARISH OF CAMERON | Know All Men By These Presents: |

THAT ERNEST GORDON DEVALL, SR., SS#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, and FLORENCE F. DEVALL, SS#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, husband and wife, whose mailing address is 10439 Hwy 384 Big Lake, Lake Charles, Louisiana 70607

_____ of the Parish of Cameron, State of Louisiana, for and in consideration of the sum of Three thousand five hundred and no/100 --------($3,500.00)-------- DOLLARS to ___them___ in hand paid by JOHN P. STEPHENSON, JR, SS#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, husband of Rhonda Stephenson, born Drummond, whose mailing address is 10871 Hwy 384 Big Lake, Lake Charles, LA 70607 have GRANTED, SOLD and CONVEYED, and by these presents do GRANT, SELL, and CONVEY, with full subrogation to all of ___their___ rights and actions of warranty against all former owners and vendors of the said JOHN P. STEPHENSON, JR, and Rhonda D. Stephenson, appearing to acknowledge the purchase to be his separate and paraphernal property

of the Parish of Cameron, and State of Louisiana, all that certain lot or parcel of land situated in the Parish of Cameron, Louisiana, to-wit: an undivided 1/6 of 1/6 interest in East portion of Lots 1,2,3, and 4 of Sec. 9, Township 12 South, Range 9 West, as determined by a line running Northwest and Southeast parallel with the east line of said Lots 1,2,3 and 4 so as to aggregate 176 acres, less prorated reduction on account of erosion of lake bank and roadway.

Vendors reserve unto themselves all mineral rights pertaining to the above described property for 10 years.

And ___they___, the said vendor_s_, do declare on oath that when ___they___ acquired title to the herein described property ___they were___ married but once and then to ___each other___ with whom ___they are___ now living, and there being no change in the community existing under the law.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any wise belonging to the said purchaser____ and to ___his___ heirs and assigns forever; and ___they___ do _____ hereby bind ___themselves, their___ heirs, executors and administrators, to WARRANT AND FOREVER DEFEND, all and singular, the said premises unto the said ____ JOHN P. STEPHENSON, JR. his

heirs and assigns, against any person whomsoever lawfully claiming or to claim the same or any part thereof.

Witness ___their___ hand_s_ at ___Big Lake, Cameron Parish___ Louisiana, in the presence of _____ and _____ lawful witnesses, on this ___21st___ day of ___September___ Anno Domini, One Thousand Nine Hundred and ___Ninety-seven___ (no. 97).

ATTEST:

_Ernest Gordon DeVall, Sr._
_Florence F. DeVall_
_John P. Stephenson, JR._
_Rhonda D. Stephenson_

STATE OF LOUISIANA,
Parish of Cameron.

BEFORE ME, Donna R. LeBleu, a Notary Public, in and for said Parish and State, this day personally appeared Ernest Gordon DeVall, Sr. and Florence F. DeVall

_____ to me personally known to be the identical person S

whose names are _____ subscribed to the foregoing instrument and acknowledged to me in the presence of Betty L. Bleu, El Ray LeBleu _____ and

_____, witnesses, that they _____ executed the same on the date hereof, and that it was their own free and voluntary act for the uses and purposes therein expressed.

Witness my official signature and seal at Big Lake, Cameron Parish _____, Louisiana, on this 21st day of September A.D. 19 97

WITNESSES:

Betty LeBleu
El Ray LeBleu

Ernest B. DeVall Sr.
Ernest Gordon DeVall, Sr.
Florence F. DeVall
Donna R. LeBleu
Notary Public.

STATE OF LOUISIANA § OFFICE OF CLERK OF COURT
PARISH OF CAMERON § 38TH JUDICIAL DIST.
I hereby certify that the within document this day was duly recorded in my office on

SEP 30 1997

in book 664 COB/V on page 152
at seq. in witness whereof, witness my official signature and seal at Cameron, La. Carl E. Broussard
Clerk of Court & Ex-Officio Recorder

RECORDED: SEPTEMBER 30, 1997
CLERK OF COURT & RECORDER

WARRANTY DEED

STATE OF LOUISIANA,
Parish of Cameron.

I hereby certify that the within Act of Sale was filed for record in my office, the _____ day of _____, 19 ____, and was duly recorded on the _____, 19 ____, in Conveyance Record No. _____, Pages _____. Witness my hand and seal of office at _____, La., the _____ day of _____, A.D. 19 ____.

Deputy Clerk and Ex-Officio Recorder.

09-08-09;11:17AM;                                              ;775-7896                          # 2/ 3

# Cameron Parish Assessor's Office
## Mona Kelley, CLA
P. O. Box 1100 - Cameron, LA 70631 - (337)775-5416

09/08/2009

## 2009 REAL ESTATE ASSESSMENT INFORMATION

### Parcel Information

PIN: 0400086700          Purchase Price:
Parcel Address
**10442 HWY 384 BIG LAKE**
Subdivision or Geographic Area
**LAKEVIEW SUBDIVISION**
Township/Range: 12S-09W    Section: 10    Ward/District: 04
Front Footage:             Parcel Area: 6 Acres
Corner Lot: 0   Entire Block: 0   Side Footage:
Parcel Size:

Parcel Owner's ID: 19283                    Primary Owner: Y
Type of Ownership: FEE SIMPLE TITLE    Percent Owned: 100%
Parcel Owner
**STEPHENSON, JOHN P JR**
COB Book - Page: -              Instrument No 307816
Transfer Date: 11/19/2007
Instrument Type: JUDGMENT

### Taxpayer Information

Taxpayer's ID: 19283
Taxpayer's Name
**STEPHENSON, JOHN P JR**
Contact's Name (C/O)

Mailing Address
**10871 HWY 384**

**LAKE CHARLES, LA 70607**

### Assessment Information

Assessment No: 400086700

| Folder: | | Land Assessment: | 78 |
|---|---|---|---|
| Changed Last: | 10/14/2008 | Imp. Assessment: | 1,536 |
| Revalued Last: | / / | Total Assessment: | 1,614 |
| Homestead Filed: | | Homestead Exemption: | - 0 |
| Homestead Percent: | | Taxable Value: | 1,614 |

Status: **ACTIVE 400086700**

## Assessment Breakdown

| CLASS | LAND DESCRIPTION | FACTOR | QUANTITY | ADJ. MARKET VALUE | ASSESSMENT | EXEMPTION |
|---|---|---|---|---|---|---|
| 1200 | AG. LAND CLASS III - Use Value | AG03 | 3.00 Units | $60.00 | 60 | NONE |

| CLASS | IMPROVEMENT DESCRIPTION | STRUCTURE NO | SQUARE FTG | ADJ. MARKET VALUE | ASSESSMENT | EXEMPTION |
|---|---|---|---|---|---|---|
| 4000 | SINGLE FAMILY RESIDENCE | 400086700-001 | 0 Sq.Ft. | $15,360.00 | 1,536 | NONE |

| CLASS | LAND DESCRIPTION | FACTOR | QUANTITY | ADJ. MARKET VALUE | ASSESSMENT | EXEMPTION |
|---|---|---|---|---|---|---|
| 2200 | BRSH WTR. MARSH - Use Value | BM01 | 3.00 Units | $18.00 | 18 | NONE |

Legal Description: *(See listing report for full legal description if required.)*
* TOTAL ACRES: 5.93 ACS.

AN UNDIVIDED 1/2 INTEREST IN THIS ENTIRE ASSESSMENT FROM JOP OF IRENE L STEPHENSON #307816 - NO JUDGMENT ON JOHN P STEPHESON SR:

TRACT II PLAT A DESCRIBED AS FOLLOWS:
 TRACT OF LAND LYING IN LOTS 7 & 8 LAKEVIEW SUB OF A PORT OF SEC 10 & 37 T12S R9W, DES AS: FOR PT OF COM BEG AT A PT IN S R/W LINE OF HWY 384, PT BEING 130 FT E OF W LINE OF LOT 7; S 5 DEG 24 MIN 16 SEC W 99.55 FT; E 2 FT; S 5 DEG 24 MIN 16 SEC W 126 FT TO PT OF COM OF TRACT HEREIN DES: S 5 DEG 24 MIN 16 SEC W 208.7 FT; S 84 DEG 51 MIN 30 SEC E 210 FT; N 5 DEG 24 MIN 16 SEC E 208.7 FT; N 84 DEG 51 MIN 30 SEC W 210 FT TO PT OF COM (#198015 613-486).
(LESS .1437 ACS TO JEFFREY & ANGELA JOUETT #247518 844-279) (DONATIONS #280004 & #280005 & RESCENDED #280417; DONATION #297026 V/L #297322 ***SEE FOLDER OF STEPHENSON, JOHN P SR & IRENE)
UND 1/5 INT IN THE FOLL DES PROP:
TRACT V OF SAID PLAT "A" FOR ARSAND LEBLUE SHOWN ON DONATION #198015 613-486, MORE PART DES AS FOLL:
A TRACT OF LAND LYING IN LOTS 8 & 9 OF THE LAKEVIEW SUB OF A PORT OF SECS 10 & 37 T12S R9W, DES AS: COM AT A PT IN THE W'LY R/W LINE OF STATE HWY 384, SD PT BEING S 5 DEG 08 MIN 30 SEC W, 617.9 FEET FROM THE N LINE OF SD SEC 10;
N 84 DEG 51 MIN 30 SEC W, 294.0 FT; N 05 DEG 24 MIN 16 SEC E, 137.9 FT;
S 84 DEG 51 MIN 30 SEC E, 40.0 FT; S 05 DEG 24 MIN 16 SEC W, 97.9 FT;
S 84 DEG 51 MIN 30 SEC E, 254.0 FT TO THE W'LY R/W LINE OF ST HWY 384;
S 05 DEG 08 MIN 30 SEC W, 40.0 FT TO THE PT OF COM
(#198015 613-486)
UND 1/5 INT IN UND 1/2 INT IN LOTS 7 & 8 AND W/2 LOT 9 LAKEVIEW SUB, CONT 29 ACS M/L, AND BEING A PART OF LOTS 10 & 11 OR SECS 10 & 37 T12S R9W (LESS LOT TO CAM GOSPEL TABERNACLE; LOT TO JOS LEBLEU ET AL; 2.529 ACS #198015)
(#223592 733-256).
AN UND 1/5 INT IN THE FOLL DES TRACT OF LAND:
 BEG 208.7 FT W OF THE NW COR OF ALBERT BEL PROP AT GRAND LAKE, W 30 FT,
N 416 FT, E 30 FT, S 416 FT TO PT OF BEG SEC 9 T12S R9W
(JUDGMENT OF POSSESSION FOR SUCCESSION OF ARSAND LEBLEU #258748 891-284)

# Cameron Parish Assessor's Office
## Mona Kelley, CLA
P. O. Box 1100 - Cameron, LA 70631 - (337)775-5416

09/08/2009

## 2009 REAL ESTATE ASSESSMENT INFORMATION

AN UND 1/5 INT IN THE FOLL DES TRACT OF LAND:
 AN UND 1/2 INT IN LOTS 7, 8 & W/2 LOT 9 LAKEVIEW SUB, CONT 29 ACS, M/L, AND
BEING A PORT OF LOTS 10 & 11 T12S R9W
(LESS LOTS SOLD & LESS 2.529 ACS DONATED #198015 613-486)
 (JUDGMENT OF POSSESSION FOR SUCCESSION OF ARSAND LEBLEU #258748 891-284)
AN UND 1/5 INT IN THE FOLL DES TRACT OF LAND:
 AN UND 1/6 INT IN THE E PORTION OF LOTS 1, 2, 3 & 4 SEC 9, T12S R9W, AS DET BY A LINE RUNNING NW & SE PRL WITH THE E LINE OF
SD LOTS 1, 2, 3 & 4 SO AS TO AGGREGATE 176 ACS, LESS PRO RATA REDUCTION ON ACCOUNT OF EROSION OF LAKE BANK
AND R/W
 (JUDGMENT OF POSSESSION FOR SUCCESSION OF ARSAND LEBLEU #258748 891-284)
AN UND 1/5 INT IN THE FOLL DES TRACT OF LAND:
AN UND 1/3 INT IN THE FOLL:
 COM AT A PT 1408.7 FT E OF IRON STAKE AT THE SE COR OF CORMIER'S STORE PROP & 412 FT N OF S LINE OF LOT 4 SEC 9 T12S
R9W, N 35.4 FT, W 364.2 FT, S 208.7 FT,
E 155.5 FT, N 173.3 FT, E 208.7 FT TO THE PT OF BEG
(#107602) (#189075 562- )
 (JUDGMENT OF POSSESSION FOR SUCCESSION OF ARSAND LEBLEU #258748 891-284)
AN UND 1/10 INT IN THE FOLL DES TRACT OF LAND:
(USUFRUCT IN THIS TRACT TO NINA LEBLEU)
 AN UND 1/24 INT (SHOULD BE UND 1/72 INT) IN THE E PORT OF LOTS 1, 2, 3 & 4 SEC 9 T12S R9W, AS DET BY A LINE RUNNING NW & SE
PRL WITH THE E LINE OF SD LOTS 1, 2, 3 & 4 SO AS TO AGGREGATE 176 ACS LESS PRO RATA REDUCTION ON ACCOUNT OF
EROSION & FOR R/W, LESS 1 AC SOLD
(SHERIFF'S SALE FROM CALVIN DEVALL #123548 270-492)
 (JUDGMENT OF POSSESSION FOR SUCCESSION OF ARSAND LEBLEU #258748 891-284)