**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| JOHN P. STEPHENSON | |
| | CIVIL ACTION NO.: 2:09-CV-1454 |
| VERSUS | |
| | JUDGE: MELANCON |
| CHEVRON U.S.A. INC., CHEVRON PIPE LINE COMPANY, AND BP AMERICA PRODUCTION COMPANY | MAGISTRATE JUDGE: METHVIN |

## RULE 7.1 CORPORATE DISCLOSURE NOTICE

NOW INTO COURT, through undersigned counsel, come Defendants, Chevron U.S.A. Inc. and Chevron Pipe Line Company, who, in compliance with Federal Rule of Civil Procedure 7.1, file the following Corporate Disclosure Statements.

Chevron U.S.A. Inc. is a Pennsylvania corporation having its principal place of business in the State of California. Chevron U.S.A. Inc. is owned by Chevron Corporation, a publicly traded corporation.

Chevron Pipe Line Company is a Delaware corporation having its principal place of business in the State of California. Chevron Global Energy Inc. is the parent company of Chevron Pipe Line Company and owns 100% of the stock of Chevron Pipe Line Company. In turn, Chevron Global Energy Inc. is an indirect, wholly-owned subsidiary of Chevron Corporation, a publicly traded corporation.

Chevron U.S.A. Inc. and Chevron Pipe Line Company hereby submit the foregoing Corporate Disclosure Statements in compliance with Federal Rule of Civil Procedure 7.1.

>Respectfully submitted by:
>
>s/Laura L. Hart
>Leonard L. Kilgore, III (#7372)
>Charles S. McCowan, III (#19699)
>Melissa M. Cresson (#24356)
>Laura L. Hart (#28597)
>Richard D. McConnell, Jr. (#29973)
>Victor J. Suane, Jr. (#31337)
>KEAN, MILLER, HAWTHORNE,
>D'ARMOND, MCCOWAN & JARMAN, L.L.P.
>One American Place, 18th Floor
>Post Office Box 3513 (70821)
>Baton Rouge, Louisiana 70825
>Telephone: (225) 387-0999
>Facsimile:  (225) 388-9133
>laura.hart@keanmiller.com
>
>***Attorneys for Chevron U.S.A. Inc. and Chevron Pipe Line Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Rule 7.1 Corporate Disclosure Notice has been electronically filed with the Clerk of Court through ECF, ECF will send an e-notice of the electronic filing to counsel of record, and/or a copy has been served via U.S. mail, properly addressed and postage pre-paid, to counsel listed below:

| | |
|---|---|
| Jonathan Fontenot<br>Law Office of Jonathan Fontenot<br>1821 North Tallowwood<br>Lake Charles, LA 70605 | Kurt B. Arnold<br>Jason A. Itkin<br>Micajah D. Boatright<br>ARNOLD & ITKIN, L.L.P.<br>1401 McKinney, Suite 2550<br>Houston, Texas 77010 |
| Michael A. Josephson<br>Kenneth Fibich<br>FIBICH, HAMPTON &<br>LEEBRON L.L.P.<br>1401 McKinney, Suite 1800<br>Houston, Texas 77010 | James P. Dore<br>R. Benn Vincent, Jr.<br>KEAN, MILLER,<br>HAWTHORNE, D'ARMOND,<br>MCCOWAN &JARMAN, L.L.P.<br>P.O. Box 3513<br>Baton Rouge, Louisiana  70821 |
| Kenneth W. DeJean<br>Attorney at Law<br>417 West University Avenue<br>Lafayette, LA  70502 | |

Baton Rouge, Louisiana, this 25th day of September, 2009.

              s/ Laura L. Hart